IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN LOTT, et al., :
    Plaintiffs :
: No. 1:13-cv-01580
v. :
:
JAMES S. DUFFY, : (Judge Kane)
    Defendant :

## ORDER

**AND NOW,** on this 30th day of October 2013, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 6) is **ADOPTED** and Plaintiffs' motion to remand (Doc. No. 2) the above-captioned action to the Court of Common Pleas of Adams County is **GRANTED**.

**IT IS FURTHER ORDERED THAT** Defendant pay the attorneys' fees incurred by Plaintiffs as a result of the removal in the amount of $350.00. The Clerk of Court is directed to close the case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania