IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LOTT, et al., | : | |
|    Plaintiffs | : | |
| | : | No. 1:13-cv-01580 |
| v. | : | |
| | : | |
| JAMES S. DUFFY, | : | (Judge Kane) |
|    Defendant | : | |

## ORDER

**AND NOW,** on this 21st day of November 2013, **IT IS HEREBY ORDERED THAT** Defendant's motion to restore the parties status quo ante (Doc. No. 11) is **DENIED**. The above-captioned action shall remain closed.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania